Sarah E. Allen, Appellant, v. Barnard E. Kilgore, Trustee in Bankruptcy of the Estate of J. J. Mendenhall, Bankrupt, Appellee.

An appeal from a Decree of the Circuit Court within and for the County of Pinellas.

Appeal dismissed on motion of counsel for appellant.

*Howard P. Macfarlane,* for Appellant;

*Lucas & Withers,* for Appellee.

---

Geo. E. Evans, Plaintiff in Error, v. Frederick C. Roach as Chief of Police of the City of Jacksonville, Duval County, Florida, Defendant in Error.

A writ of Error to a Judgment of the Circuit Court within and for the County of Duval.

Writ of Error dismissed on motion of counsel for plaintiff in error.

*Wm. A. Hallowes, Jr., Miles W. Lewis* and *I. L. Farris,* for Plaintiff in Error;

No appearance for Defendant in Error.